JONATHAN D. ANDREWS (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 345-5080
Facsimile: (858) 345-5025

Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HOYT,<br><br>                Plaintiff,<br><br>       vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>                Defendant. | CASE NO.: 07 CV 1733 BEN (RBB)<br><br>**JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE**<br><br>Pretrial Conference: October 13, 2009<br>Time: 10:30 a.m.<br>Judge: Roger T. Benitez<br>Dept.: 3 |

Plaintiff Darlene Hoyt ("Plaintiff") and Defendant Career Systems Development Corporation ("Defendant"), through their counsel, jointly move the Court for a continuance of the pretrial conference currently set for October 13, 2009 at 10:30 a.m. to October 19 or 26, 2009, or as soon thereafter as is convenient for this Court, on the following grounds:

Jonathan D. Andrews is lead trial counsel for Defendant. On September 14, 2009, Mr. Andrews received notice from the Eastern District Court that the hearing on his client's motion for summary judgment has been continued by the Court to October 13, 2009 at 2:00 p.m. On September 16, 2009, Mr. Andrews received notice from the Eastern District Court that the hearing on his client's motion for summary judgment in a different case has also been continued by the Court to October 13, 2009 at 9:00 a.m. Because Mr. Andrews must appear in Sacramento

---

at two hearings for motions for summary judgment on October 13, 2009, he is unable to appear in person at the Pretrial Conference in this matter.

Plaintiff does not object to moving the Pretrial Conference to October 19 or 26, 2009, or as soon thereafter as is convenient for this Court. The parties agree that no party will be prejudiced by the requested continuance.

Accordingly, the parties respectfully request the Court continue the Pretrial Conference to October 19 or 26, 2009, or as soon thereafter as is convenient for this Court.

Dated: September 18, 2009          H. PAUL KONDRICK, A PROFESSIONAL CORPORATION

                                   By:  /s/ H. Paul Kondrick
                                        H. Paul Kondrick
                                        Attorney For Plaintiff
                                        DARLENE HOYT

Dated: September 18, 2009          ANDREWS · LAGASSE · BRANCH & BELL LLP

                                   By:  /s/ Jonathan D. Andrews
                                        Jonathan D. Andrews
                                        Shauna L. Durrant
                                        Attorneys For Defendant
                                        CAREER SYSTEMS DEVELOPMENT
                                        CORPORATION