## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HOYT v. CAREER SYSTEMS DEVELOPMENT                Case No. 07cv1733 BEN(RBB)
                                                  **Time Spent:**_____

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                Rptr._____

                              Attorneys
         Plaintiffs                           Defendants

H. Paul Kondrick (present)              Shauna Durrant
                                        Jonathan Andrews (present)


PROCEEDINGS:   _x_  In Chambers    ___  In Court    ___  Telephonic

A mandatory settlement conference was held.

An order to show cause was issued for Defendant's failure to bring an appropriate client representative to the mandatory settlement conference.

Any opposition to the order to show cause must be filed by December 31, 2009. Defendant's opposition should include a declaration signed by Mr. Burton, President of Career Systems Development, Corp. ("CSDC"), explaining the relationship between Mr. Jeff Stinson, his company, and CSDC, and explaining the delegation of authority to represent the Defendant in settlement. To be useful, the opposition should indicate whether Burton has read United States District Judge Roger T. Benitez's July 6, 2009, Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment [doc. no. 71].

Plaintiff may file a Reply by January 7, 2010.


DATE: December 17, 2009        IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Benitez                    INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record