## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>HOYT</u> v. <u>CAREER SYSTEMS DEVELOPMENT</u>         Case No. <u>07cv1733 BEN(RBB)</u>
                                                    **Time Spent:**_____

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>         Rptr._____

                          <u>Attorneys</u>
         <u>Plaintiffs</u>                          <u>Defendants</u>

<u>H. Paul Kondrick</u>                       <u>Shauna Durrant</u>
                                         <u>Jonathan Andrews</u>


PROCEEDINGS:   ____ In Chambers   ____ In Court   ____ Telephonic

On December 17, 2009, the Court issued an Order to Show Cause why Defendant should not be sanctioned for not sending the appropriate client representative to the mandatory settlement conference held on that date [doc. no. 85]. On December 31, 2009, Career Systems Development Corporation filed Defendant's Opposition to the Order to Show Cause Issued on December 21, 2009, accompanied by the Declaration of Greg Burden in Opposition to the Order to Show Cause [doc. no. 86]. Plaintiff subsequently filed her Memorandum of Points and Authorities in Reply to Defendant's Opposition and the Declaration of H. Paul Kondrick in Reply to Defendant's Opposition [doc. no. 88].

The Court has considered the submissions of the parties and has been advised of the relationship between the Defendant and Global Human Resources Outsourcing, a division of Global, a 1st Flagship Company. Under the circumstances, the Court finds that the Defendant's reliance on Jeff Stinson, the President of Global Human Resources Outstanding, to attend the December 17th mandatory settlement conference does not warrant the imposition of sanctions. Nevertheless, and in light of the pending trial, scheduled for February 24, 2010, the Court concludes that a further settlement conference should be held.

Accordingly, a second mandatory settlement conference will be held on February 10, 2010, at 10:00 a.m. Plaintiff Darlene Hoyt, her counsel, Greg Burden, President and CEO of Career Systems Development Corporation, and Defendant's trial counsel are ordered to appear. Furthermore, each party may also bring to the conference any other individual whose input it believes is useful in arriving at a settlement.


DATE: <u>January 13, 2010</u>        IT IS SO ORDERED:   *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge
cc:  Judge Benitez                   INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record