JONATHAN D. ANDREWS (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 345-5080
Facsimile: (858) 345-5025

Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HOYT,<br><br>          Plaintiff,<br><br>vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>          Defendant. | CASE NO.: 07 CV 1733 BEN (RBB)<br><br>**JOINT MOTION TO CONTINUE TRIAL DATE**<br><br>Trial Date: February 23, 2010<br>Time: 9:30 a.m.<br>Judge: Roger T. Benitez<br>Dept.: 3 |

Plaintiff Darlene Hoyt ("Plaintiff") and Defendant Career Systems Development Corporation ("Defendant"), through their counsel, jointly move the Court for a continuance of the trial date currently set for February 23, 2010 at 9:30 a.m. to **May 11, 2010**, on the following grounds:

1.    Trial is set to begin in the above-referenced matter on February 23, 2010.

2.    The trial is scheduled for eight (8) court days.

3.    Jonathan Andrews is lead trial counsel for Defendant.

4.    On February 9, 2010, Mr. Andrews learned that he must travel out-of state on February 12, 2010 because of a family member's illness, and will be out-of-state periodically for an extended period of time. Specifically, the family member's illness has worsened, and Mr. Andrews has been told that his close family member is not expected to live more than three to four weeks.

5. Because Mr. Andrews will be periodically out-of-state to tend to this matter, he will be unable to attend trial starting February 23, 2010.

6. On February 10, 2010, Mr. Andrews notified Plaintiff's counsel, Paul Kondrick, about his unavailability for trial due to a close family member's illness.

7. Plaintiff appreciates and respects opposing counsel's special needs, and concurs and agrees that a reasonable continuance of the trial date herein is appropriate under these circumstances.

8. Defense counsel requests a short, continuation of the trial date in this matter, and Plaintiff does not object to such a request.

Accordingly, the parties respectfully request the Court continue the trial date to **May 11, 2010.**

Dated: February 12, 2010       H. PAUL KONDRICK, A PROFESSIONAL CORPORATION

By: */s/ H. Paul Kondrick*
H. Paul Kondrick
Attorney For Plaintiff
DARLENE HOYT

Dated: February 12, 2010       ANDREWS · LAGASSE · BRANCH & BELL LLP

By: */s/ Jonathan D. Andrews*
Jonathan D. Andrews
Shauna L. Durrant
Attorneys For Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION