JONATHAN D. ANDREWS (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA  92130
Telephone:  (858) 345-5080
Facsimile:  (858) 345-5025

Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HOYT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>　　　　　Defendant. | CASE NO.: 07 CV 1733 BEN (RBB)<br><br>**DEFENDANT CAREER SYSTEMS DEVELOPMENT CORPORATION'S *EX PARTE* APPLICATION FOR AN ORDER DISQUALIFYING PLAINTIFF'S COUNSEL**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 3 |

Defendant Career Systems Development Corporation ("CSDC") hereby applies to the Court *ex parte* for an Order disqualifying Plaintiff Darlene Hoyt's ("Plaintiff") counsel Paul Kondrick. CSDC's request to disqualify Mr. Kondrick from representing Plaintiff is based on his *ex parte* communication with a current CSDC employee who holds privileged information without notifying CSDC's counsel. Mr. Kondrick's conduct invaded the attorney-client privilege and violated the Rules of Professional Conduct. The only way to ensure that protected information is not used by Plaintiff is to disqualify Mr. Kondrick. Accordingly, CSDC

/ / /
/ / /
/ / /
/ / /

-1-

1  respectfully requests that the Court grant its request to disqualify Mr. Kondrick from
2  representing Plaintiff in this matter.

Dated: April 26, 2010

ANDREWS · LAGASSE · BRANCH & BELL LLP
By: /s/ Jonathan D. Andrews
   Jonathan D. Andrews
   Shauna L. Durrant
   Attorneys For Defendant
   CAREER SYSTEMS DEVELOPMENT
   CORPORATION