FILED

10 JUN -9 PM 12:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HOYT,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>　　　　　　　　　Defendant. | CASE NO. 07cv1733 BEN (RBB)<br><br>**ORDER DENYING EX PARTE MOTION TO CONTINUE TRIAL** |

On May 27, 2010 Defendant Career Systems Development Corporation filed an ex parte motion to continue the July 27, 2010 trial date set in this case because of counsel's scheduling conflicts. Dkt. No. 137. Plaintiff has since filed an Opposition to the motion and CSDC has filed a Reply. Dkt. Nos. 139-40. This is the second request by CSDC to continue the trial of this case, originally set for trial on February 23, 2010.

CSDC's ex parte motion to continue the trial date is **DENIED**. The case remains set for trial on **July 27, 2010 at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: June 08, 2010

_____
Hon. Roger T. Benitez
United States District Court Judge

- 1 -

07cv1733