FILED
10 JUL -6 AM 8:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HOYT,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>　　　　　　　　　Defendant. | CASE NO. 07cv1733 BEN (RBB)<br><br>**ORDER CONTINUING TRIAL DATE** |

　　　The Court continues the jury trial of this action from July 27, 2010 to **August 31, 2010 at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: July 2, 2010

_____
Hon. Roger T. Benitez
United States District Court Judge

- 1 -

07cv1733