1   H. Paul Kondrick, Esq. (State Bar No. 88566)
    H. Paul Kondrick, a Professional Corporation
2   3130 Fourth Avenue
    San Diego, CA 92103-5803
3   Telephone: (619) 291-2400
    Facsimile: (619) 291-7123
4
5   Attorney for Plaintiff, DARLENE HOYT

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARLENE HOYT,                    )   Case No. 07 CV 1733 BEN (RBB)
                                     )
12            Plaintiff,             )   **PLAINTIFF'S *EX PARTE* APPLICATION
                                     )   TO QUASH OR OTHERWISE MODIFY
13  v.                               )   DEFENDANT'S SUBPOENAS *DUCES
                                     )   TECUM* ISSUED TO AETNA HEALTH OF
14  CAREER SYSTEMS DEVELOPMENT       )   CALIFORNIA, EMPLOYERS
    CORPORATION,                     )   COMPENSATION INSURANCE,  HUMAN
15                                   )   AFFAIRS INTERNATIONAL OF CA,
              Defendant.             )   UNIVERSITY OF SAN DIEGO, HUMAN
16                                   )   BEHAVIOR ASSOCIATES, INC.,
    _____ )   PATRICIA SMITH AND STACEY CLARK,
17                                       PH.D., AND FURTHER PRECLUDING
                                         DEFENDANT FROM INTRODUCING
18                                       NEWLY PROFFERED TRIAL EXHIBITS
                                         NOT TIMELY PROVIDED TO PLAINTIFF**
19
20                                       Date:       August 31, 2010
                                         Time:       9:30 a.m.
21                                       Courtroom:  3
                                         Judge:      Hon. Roger T. Benitez
22

23          Plaintiff, DARLENE HOYT ["HOYT"], hereby applies to the Court *ex parte* for an order

24  quashing or otherwise modifying the subpoenas *duces tecum* issued by defendant, CAREER

25  SYSTEMS DEVELOPMENT CORPORATION ['CSDC"] to Aetna Health of California,

26  Employers Compensation Insurance,  Human Affairs International of CA, University of San

27  Diego, Human Behavior Associates, Inc., Patricia Smith and Stacey Clark, Ph.D. [Exhibits "D"

28  through "J" to the accompanying declaration of H. Paul Kondrick], and further precluding

                                        -1-                    07 CV 1733 BEN (RBB)

defendant's introducing newly proffered trial exhibits not timely provided to plaintiff, in particular through the Pretrial Conference procedures in this action.

The grounds or bases for the relief are that:

1.      Three (3) business days before trial, defendant, CSDC, presents more than a 1,000 pages of previously undisclosed trial exhibits to plaintiff's counsel;

2.      Defendant, CSDC, and its counsel collected and copied documents in advance of the trial date herein purportedly under the guise of trial subpoenas *duces tecum*, without providing plaintiff any notice whatsoever, including the photocopying of plaintiff, Dr. HOYT's, federal and state income tax returns;

3.      Plaintiff, Dr. HOYT, has a statutory privilege under California law in her income tax returns;

4.      Defendant, CSDC, seeks documents which are tantamount to conduct additional discovery approximately 2-years after the discovery cut-off date in this matter;

5.      Defendant's actions fly in the face of this Court's rules, in particular, *CivLR 16.1(f)(4), subsection (b)*, requiring that at least ten (10) days in advance of the October 2009 Pretrial Conference in this matter, the attorneys for the parties were mandated to meet and confer suitable time and place to exchange all exhibits, other than those to be used for impeachment, which defendant, CSDC, and its counsel now admittedly failed to do; and

///
///
///
///
///
///
///
///
///

1    6.    *CivLR 16.1(f)(4)*, provides in relevant part that:

2    "b.  Exchanges Between Counsel.  At the meeting, all exhibits other than those to be used

3    for impeachment shall be displayed or exchanged.

4                                               ***

5    d.  Failure to Display and/or Exchange Exhibits.  **Failure to display and/or exchange**

6    **exhibits to or with opposing counsel will permit the court to decline admission of**

7    **same into evidence.**"

8    This *ex parte* application is based on this Notice, the accompanying memorandum of

9    points and authorities  and Declaration of H. Paul Kondrick, including Exhibits "A" through "J,"

10   attached thereto.

11                                               H. Paul Kondrick,
                                                 A Professional Corporation:

12

13

14   Dated:  August 27, 2010                     By: _/s/ H. Paul Kondrick_____
                                                 H. Paul Kondrick

15                                               Attorney for Plaintiff,
                                                 DARLENE HOYT

16

17

18

19

20

21

22

23

24

25

26

27

28