FILED

10 AUG 30 PM 3:06

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hoyt,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>Career Systems Development, et al,<br><br>　　　　　　　　Defendant. | CASE NO. 07cv1733BEN<br><br>ORDER |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, **IT IS HEREBY ORDERED** that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

DATED: 8/27/2010

HONORABLE ROGER T. BENITEZ
United States District Judge

BEN 07-27-10