# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

DARLENE HOYT

V.

CAREER SYSTEMS DEVELOPMENT CORP.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  07CV1733-BEN(RBB)

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff did not establish by a preponderance of the evidence that she was an employee of Career Systems Development Corporation;

2. Plaintiff did not establish by a preponderance of the evidence that Career Systems Development Corporation terminated her contract in a manner that violated the terms of the contract.

September 14, 2010
Date

W. Samuel Hamrick, Jr.
Clerk

(By) Glenn Rivera, Deputy Clerk
ENTERED ON September 14, 2010

[Case Number]